720

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER SZYMANSKI, Defendant-Appellant.

(No. 58862;

First District (3rd Division)—September 19, 1974.

Edward M. Genson, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Thomas D. Rafter, Perry L. Fuller, Dennis J. Horan, and Robert J. Kennedy, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GENE HOPE, Defendant-Appellant.

(No. 59093;

First District (3rd Division)—September 19, 1974.